**Exhibit A to the Complaint**

**Location:** Kissimmee, FL  **IP Address:** 67.8.153.86
**Total Works Infringed:** 38  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash:<br>EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10-24-2022 05:41:04 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 2 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash:<br>2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10-22-2022 05:38:22 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 3 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash:<br>010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 09-16-2022 12:17:11 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 4 | Info Hash: EBA4661983A4F2B1A9ADE564FE0123921F6BA68C<br>File Hash:<br>42D8E9DBE0FCA43313268BBBA36EB61AFF69F2D430EA7C6A85499179D7FF1490 | 06-29-2022 10:48:34 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 5 | Info Hash: D80963110ABABE1454C1834BE5A9796BEA1556D0<br>File Hash:<br>3F29281EB1D3CDAA22733A8A713A8AF85CBD0CD5D6C55CA0B4A04EC3AE06744C | 06-29-2022 10:48:19 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 6 | Info Hash: 2443B7154EE477A3B5125C196BD5712C42DD42AB<br>File Hash:<br>68C1C9C4F2A5BD3FB406140144A94737FFB25E1F48AFF80C2EF9F96A375DF27E | 06-29-2022 10:47:38 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 7 | Info Hash: BDC478B3399A146077FBE08EF9A6B73E770BCED9<br>File Hash:<br>A324B0DEA377CBC655B19BC9E32457684F1E0477064899BA8036545191AAE735 | 06-28-2022 14:02:19 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 8 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash:<br>1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 04-13-2022 15:52:08 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 9 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash:<br>A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 04-04-2022 13:01:51 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 10 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-07-2022 13:35:09 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 11 | Info Hash: D737A6CA858EF03C86F6725437B0348CBD4B9A3E<br>File Hash:<br>5857EA96D822A40195BC6ED470BB786E5529266A32137AC9F2B636F247268418 | 01-26-2022 11:02:42 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2F4DE5F88D8A38C8BB59F7EE529F06785F16075F<br>File Hash: 8DD7D8C54AC4EE3D44FC0980EE8C9F09807488544160A1BC20BC725E0EDC2FBA | 01-26-2022 11:02:23 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 13 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-25-2022 13:59:14 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 14 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-25-2022 13:58:55 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 15 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash: 5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-12-2022 14:38:44 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 16 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash: F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 12-21-2021 14:35:58 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 17 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash: A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 12-12-2021 01:53:53 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 18 | Info Hash: 7EE0D19E00AE8631B8D576A0D8701E7C59BFD92F<br>File Hash: AC967047B9431A6010B23DCE600F6B6BE7CAEAE967460D6B6C873161A24BE5F6 | 11-30-2021 20:22:09 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 19 | Info Hash: 449356B03EA74050731D7332F99FADAD3B47B49E<br>File Hash: 8984E23AB3904446CDABA23750ED4ACD96C86468801870000768B9391B85C1F5 | 11-24-2021 12:43:10 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 20 | Info Hash: 1494CEA8CDC75CDADDB2BEE7269D14B83E029F06<br>File Hash: 06B7084D1E8EC9E59CF7AB8EF9E2AA97A89A7C4E67457BEFB3EEA34302ADD306 | 11-04-2021 20:34:04 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 21 | Info Hash: 5185106CA66587111FB0177135DA5DC71FDF90D5<br>File Hash: AE1C62B285E3369E825651167854A3C504ADE56B66AE602CFB6D433593D5A87F | 10-20-2021 14:56:47 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 22 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-17-2021 13:05:11 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 23 | Info Hash: A5C198DE377DA37753134876DB8FFA94DAFEC292<br>File Hash: 7143C9AB311761FCDB0472858A828CB35C32BEF7DF6AEFE6CC8DFEB0D6570F1A | 10-09-2021 11:44:38 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash: 059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 09-28-2021 16:38:11 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 25 | Info Hash: D99DDE80E2B27CF679D291584C534BE412D77C36<br>File Hash: 0B102FEDF60A6A7AACC14D3016D76C51BF79AA0DCC905FAFD49E9C320F0EEA05 | 09-21-2021 11:18:28 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 26 | Info Hash: 155F9C2D065D97AE8B30367E00650A8D9452E6A2<br>File Hash: 2458FBF03E1CA2761B208151E25DB463C4FC20B3D305DA40A6198E112484882A | 09-21-2021 11:18:12 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 27 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-20-2021 17:26:05 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 28 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 09-08-2021 20:18:49 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 29 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-06-2021 14:46:36 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 30 | Info Hash: CC7C310EA5A03C2E8F779D27C14B70C396E1EE4F<br>File Hash: A5D20135CA6385741744D11E4393BD062934AC5ED99098252621D2D36D0877BC | 08-21-2021 12:56:29 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 31 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash: 985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 08-05-2021 15:29:28 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 32 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-14-2021 04:05:29 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 33 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-14-2021 04:05:08 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 34 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-14-2021 04:04:48 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 35 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-06-2021 18:18:19 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 41FB2CBF966E46F22A25FD76BDD410A8471049EC<br>File Hash:<br>DD4417468B662B9827290D264D5B54C111AC890547FBCB6ABBD60102A932603B | 07-06-2021 18:10:20 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 37 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash:<br>296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-01-2021 19:27:15 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 38 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash:<br>CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 06-26-2021 13:50:16 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |